## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

JOHN THOMPSON,

        Plaintiff,

v.                                  Case No:  2:14-cv-122-FtM-29CM

THE FRESH MARKET, INC.,

        Defendant.

_____

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Dates on Case Management Report and Scheduling Order (Doc. 20), filed on July 15, 2014. Plaintiff requests that the Court extend the deadline for motions to add parties or amend pleadings from July 15, 2014 until December 1, 2014.[1]  In support of the motion, Plaintiff states that Defendant's amended Answer and Affirmative Defenses (Doc. 3) alleges there are third party defendants and that "extending the deadlines will enable the Court and all parties to gather a more complete and accurate understanding of the facts underlying the instant litigation."  Doc. 20 at 1. Pursuant to Local Rule 3.01(g), counsel for Plaintiff represents that Defendant does not oppose the motion and agrees to the proposed extension.  Doc. 20 at 2.

Under the current Case Management and Scheduling Order (Doc. 18), discovery in this matter closes on July 6, 2015.  The Order further states that "[t]he

---

[1] Although Plaintiff's motion refers to "dates" and "deadlines," only the deadline to add parties or amend pleadings is requested to be extended.

parties may agree by stipulation on other limits on discovery" except that alterations of its terms may only be completed by leave of Court.   Doc. 18 at 2.   Although the parties have appropriately sought leave to extend the deadline to add parties or amend pleadings, the Court is concerned with reducing the time during which the parties will have to complete discovery in the event that additional parties are added or pleadings are amended close to the deadline.[2]   The agreed-upon nature of the extension, however, suggests that the parties have elected to reduce the discovery period in such a manner, at least as to any third-party defendants who may be joined in the litigation.

Thus, in light of the good cause shown and because the motion is unopposed, the Court will grant the requested extension.   The parties should be mindful of the impact on other case management deadlines of any further requests for extensions.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Unopposed Motion to Extend Dates on Case Management Report and Scheduling Order (Doc. 20) is **GRANTED**.   The deadline for motions to add parties or amend pleadings shall be extended to **December 1, 2014**.

---

[2] An extension of the deadline to December 1, 2014 provides the parties only about seven months to complete discovery prior to the current July 6, 2015 discovery deadline.   *See* Doc. 18 at 1.   The Court notes that the Case Management and Scheduling Order cautions the parties that motions for extensions of deadlines, "including motions for an extension of the discovery period, are disfavored."   *Id.* at 3.

**DONE** and **ORDERED** in Fort Myers, Florida on this 28th day of July, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record